AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

AUG 02 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

JAIME MUFFETT,

                Plaintiff,

    v.

CITY OF YAKIMA,

                Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-10-3092-RMP

[x] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment be entered in favor of the plaintiff for Out-of-Pocket Expenses in the amount of $9,570.00.

August 1, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/Cindy K. Parks
*(By) Deputy Clerk*
Cindy K. Parks